KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
LINDSAY L. CLAYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov
       lindsay.l.clayton@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| GRANT TRUMAN and INGRID TRUMAN, | |
| Plaintiffs, | Case No. 2:11-cv-01255-GMN-VCF |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**REQUEST FOR TELEPHONIC APPEARANCE**

Comes now, the United States, by and through the undersigned counsel, to respectfully request that United States' counsel be allowed to appear by telephone at the hearing scheduled on May 9, 2014.

1. On April 22, 2014, a Minute Order was entered scheduling a hearing on the Stipulation for Extension of Case Deadlines (#22) for May 9, 2014, at 3:00 p.m.

2. The undersigned counsel for the United States is located in Washington, D.C., and to preserve resources respectfully requests that she be allowed to appear at the hearing by telephone.

3.  On April 23, 2014, the undersigned counsel for the United States contacted Plaintiff's counsel, George Kelesis, Esq. with regard to this request and Mr. Kelesis stated he had no opposition to the United States' counsel appearing by telephone.

WHEREFORE, the United States respectfully requests that the undersigned counsel for the United States be allowed to appear at the hearing scheduled for May 9, 2014 by telephone.

Respectfully submitted this 23rd day of May, 2014.

        KATHRYN KENEALLY
        Assistant Attorney General

        */s/ Virginia Cronan Lowe*
        VIRGINIA CRONAN LOWE
        LINDSAY L. CLAYTON
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044-0683
        Telephone:     (202) 307-6484
        Email: virginiacronan.lowe@usdoj.gov
              lindsay.l.clayton@usdoj.gov

        *Of Counsel:*
        DANIEL BOGDEN
        United States Attorney

        *Attorneys for Defendant, United States of America*

The call in conference number 1-702-868-4911.  Passcode 123456.  The call must be generated from a land line.

        IT IS SO ORDERED.

Dated: April 24, 2014

        CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing REQUEST FOR TELEPHONIC APPEARANCE has been made this 23rd day of April, 2014, using the Court's CM/ECF system to:

George P. Kelesis, Esq. at gkelesis@bckltd.com

*/s/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice