1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
LINDSAY L. CLAYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov
         lindsay.l.clayton@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \*

| | |
|---|---|
| GRANT TRUMAN and INGRID TRUMAN, | |
| Plaintiffs, | Case No. 2:11-cv-01255-GMN-VCF |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

<u>**STIPULATION FOR EXTENSION OF CASE DEADLINES**</u>
(Fifth Request)

Plaintiffs, Grant Truman and Ingrid Truman, and Defendant, the United States of

America, pursuant to Local Rule 6-1, hereby request that the Court modify the Scheduling Order

in the case, and state as follows in support:

The Court issued a Scheduling Order in this case on November 22, 2013.  In accordance

with the Court's order, the following deadlines are currently in effect:

Dispositive Motions                                                                March 21, 2014

Pre-trial Order                                                                                    April 21, 2014

> In the event dispositive motions are filed, the date for filing the
> proposed joint pre-trial Order shall be suspended until thirty (30)
> days after decision of the dispositive motion or further Order of the
> Court.

The parties have recently completed discovery in this matter including the exchange of expert reports and expert depositions. The parties are currently exploring a possible settlement of this matter. Additional time is necessary to allow the parties the opportunity to continue to negotiate a settlement without incurring any additional costs and expenses. Accordingly, the parties hereby request an approximately 60 day extension of the existing deadlines in order to allow the parties to continue to seek a negotiated resolution to this matter.

Specifically, the parties hereby respectfully request that the Court amend the Scheduling Order as follows:

Dispositive Motions                                                                                May 23, 2014

Pre-trial Order                                                                                    June 23, 2014

> In the event dispositive motions are filed, the date for filing the
> proposed joint pre-trial Order shall be suspended until thirty (30)
> days after decision of the dispositive motion or further Order of the
> Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 of  3

1    WHEREFORE, the parties request that the Court modify the Scheduling Order in this

2    case as set forth above.

3    Respectfully submitted this 13th day of March, 2014.

4

5    BAILUS COOK & KELESIS, LTD.

KATHRYN KENEALLY
Assistant Attorney General

6

7    /s/ George P. Kelesis
GEORGE P. KELESIS, ESQ.

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE

8    Nevada Bar No.  000069
517 South 9th Street

LINDSAY L. CLAYTON
Trial Attorneys, Tax Division

9    Las Vegas, Nevada 89101

U.S. Department of Justice
P.O. Box 683

10   Attorney for Plaintiffs

Ben Franklin Station
Washington, D.C. 20044-0683

11

Telephone:     (202) 307-6484
Email: virginiacronan.lowe@usdoj.gov

12

lindsay.l.clayton@usdoj.gov

13

Of Counsel:
DANIEL BOGDEN

14

United States Attorney

15

Attorneys for Defendant, United States of
America

16

17

18

19

20

21

22

23

24

25

26

27

28

KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
LINDSAY L. CLAYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov
        lindsay.l.clayton@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

GRANT TRUMAN and INGRID TRUMAN,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:11-cv-01255-GMN-VCF

[PROPOSED]
## ORDER EXTENDING CASE DEADLINES

The Court having read and considered the Stipulation for Extension of Case Deadlines, and for good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following matters are scheduled and may not be changed without a showing of good cause and Court approval.

Dispositive Motions                                          June 30
                                                       May 23, 2014

Pre-trial Order                                                July 30
                                                        ~~June 23,~~ 2014

   In the event dispositive motions are filed, the date for filing the proposed joint
pre-trial Order shall be suspended until thirty (30) days after decision of the
dispositive motion or further Order of the Court.


   DATED this _____9th_____ day of _____May_____, 2014.


                              _____

                              UNITED STATES MAGISTRATE JUDGE


   No further extensions will be allowed.