UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRANT TRUMAN and INGRID TRUMAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:11-cv-01255-GMN-VCF <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

Upon consideration of the Stipulation For Dismissal, and for good cause shown,

IT IS HEREBY ORDERED that the the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible Attorneys' fees or other expenses of this litigation.

**IT IS SO ORDERED** this 25th day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court